UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**MARY PATWIN**            Case No. 20-43967-MAR
                                             Chapter 13
                                             Hon. Mark A. Randon

                 **Debtor(s)**
_____/

## CONFIRMATION HEARING CERTIFICATE

At the next confirmation hearing in this case, the debtor intends to:

3. _X_ Request an adjournment of the confirmation hearing to February 24, 2021 @10am due to the following good cause: Debtor needs additional time to resolve Trustee objections regarding Debtor's 2016-2018 income tax returns.

Dated: November 24, 2020

                                       /s/ Sagar Rathod
                                       Sagar P. Rathod (P79339)
                                       Attorney for Debtor
                                       Frego & Associates – The Bankruptcy Law Office, PLC
                                       23843 Joy Rd.
                                       Dearborn Heights, MI 48127
                                       (313) 724-5088
                                       fregolaw@aol.com
                                       sagarprathod@fregolaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

**MARY PATWIN**                                                              Case No. 20-43967-MAR
                                                                                            **Chapter 13**
                                                                                            **Hon. Mark A. Randon**

                     **Debtor(s)**
_____/

### CERTIFICATE OF SERVICE

**Sagar P. Rathod,** under penalty of contempt of court, states that on  November 24, 2020, he served **Debtors' Chapter 13 Confirmation Hearing Certificate and this Certificate of Service**, in said case with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

        **TRUSTEE**:   Krispen S. Carroll:    notice@det13ksc.com

Dated:  November 24, 2020

                                                   /s/ Sagar Rathod
                                                   Sagar P. Rathod (P79339)
                                                   Attorney for Debtor
                                                   Frego & Associates – The Bankruptcy Law Office, PLC
                                                   23843 Joy Rd.
                                                   Dearborn Heights, MI 48127
                                                   (313) 724-5088
                                                   fregolaw@aol.com
                                                   sagarprathod@fregolaw.com