# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Mary F Patwin**, Debtor(s)

Case No. **20-43967-mar**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-9960**

**My (Our) Former Mailing Address and Telephone Number was:**

- Name: **Mary F Patwin**
- Street: **1351 Middlebelt Rd., Apt 3**
- City, State and Zip: **Inkster, MI 48141**
- Telephone #:

**Please be advised that effective 01/12/2021, my (our) new mailing address and telephone number is:**

- Name: **Mary F Patwin**
- Street: **8326 Brooke Park Drive, Apt. 101**
- City, State and Zip: **Canton, MI 48187**
- Telephone #:

/s/ Mary F Patwin
**Mary F Patwin**
Debtor